UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| CHRISTINE WITT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:18-cv-00134-JVB-JEM ) |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | ) ) ) |
| Defendant. | ) ) |

## STIPULATION TO DISMISS

NOW COMES the Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA, by and through its attorneys HINSHAW & CULBERTSON LLP and Plaintiff, CHRISTINE WITT, by counsel Bridget O'Ryan, and show the Court by this Stipulation for Dismissal that the claims between the Parties have been amicably resolved. The Parties stipulate and agree and now move the Court to dismiss this matter with prejudice, each party to bear their own costs.

Respectfully submitted,

By:   s/ Bridget O'Ryan_____
       Bridget O'Ryan
       1901 Broad Ripple Avenue
       Indianapolis, IN 46220

By:   s/ Jennifer Kalas_____
       Jennifer Kalas (17396-64)
       HINSHAW & CULBERTSON LLP
       Attorney for Defendant
       322 Indianapolis Blvd., Suite 201
       Schererville, IN  46375

.

## CERTIFICATE OF SERVICE

      I certify that on the 16th day of October, 2018, a copy of the foregoing Stipulation was filed electronically. Notice of this filing will be sent to all Counsel of Record via the Court's electronic filing system.

                              HINSHAW & CULBERTSON LLP

               By:  s/ Jennifer Kalas
                              Jennifer Kalas

Bridget O'Ryan: boryan@oryanlawfirm.com

302645480v1 1008387